IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Dorothy M

Printed: 9/23/08

Case Number: 07 B 11514
Judge: Squires, John H
Filed: 6/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 13, 2008
Confirmed: September 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,935.00 |  |
| Secured: |  | 2,517.22 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.00 |
| Trustee Fee: |  | 217.78 |
| Other Funds: |  | 0.00 |
| Totals: | 3,935.00 | 3,935.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,200.00 | 1,200.00 |
| 2. | National Auto Finance Inc | Secured | 12,241.56 | 2,517.22 |
| 3. | Portfolio Recovery Associates | Unsecured | 658.89 | 0.00 |
| 4. | T Mobile USA | Unsecured | 117.79 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 731.21 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 1,357.24 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 1,104.32 | 0.00 |
| 8. | National Auto Finance Inc | Unsecured | 1,694.56 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 10. | Illinois Dept Of Employment Sec | Priority | | No Claim Filed |
| 11. | Blatt Hasenmiller & Komar | Unsecured | | No Claim Filed |
| 12. | Fashion Bug | Unsecured | | No Claim Filed |
| 13. | Credit One | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 16. | Superior Asset Management | Unsecured | | No Claim Filed |
| 17. | LVNV Funding | Unsecured | | No Claim Filed |
| 18. | Zenith Acquisition | Unsecured | | No Claim Filed |
| | | | $ 19,105.57 | $ 3,717.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 186.65 |
| 6.5% | 31.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Lewis, Dorothy M | Case Number:  07 B 11514 |
| | Judge:  Squires, John H |
| Printed:  9/23/08 | Filed:  6/28/07 |

_____
$ 217.78

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____